IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL B. KINGSLEY,

    Plaintiff,                                      JUDGMENT IN A CIVIL CASE

    v.                                                Case No.  14-CV-548-bbc

DENISE SYMDON, LANCE WIERSMA,
MICHELE KRUEGER, and BEN SEARLS,

    Defendants.

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff Michael B. Kingsley leave to proceed and dismissing his complaint for failure to state a claim upon which relief may be granted.

    /s/                                                                       September 9, 2014

Peter Oppeneer, Clerk of Court                            Date