Michael B. Kingsley #301363
Wisconsin Resource Center
P.O. BOX 220
Winnebago, WI 54985-0220

DOC NO
REC'D/FILED
2014 SEP 18 PM 4:30
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

September 11, 2014

United States District Court
Western District Of Wisconsin
120 North Henry Street
Madison, WI 54985-0220

      RE: **Michael B. Kingsley v. Denise Symdon, et al.,**
           Case No.: 14-cv-548-bbc

Dear Court:

    I am asking that this pleading be construed under **Haines v. Kerner,** 404 U.S. 519 (1972). I hereby submit this as a notice of appeal in the above cited case. My financial status has not changed I am still indigent as this Court recently found about 3 weeks ago. I only have 0.27¢ in my release account. I have 0.00 in my regular account. I have no other means to pay the appeal $455.00, filing fee. I ask that the Court to notify the Wisconsin Resource Center to pay the obligated appeal filing fee in monthly payments as described in 28 U.S.C. § 1915(b)(2). Until the filing fee has been paid in full from my trust account. I have no assets nor any periodic income. I ask that the Court to look backwards to the previous six month trust account statement minus the $1.50, filing fee and asse the appeal filing fee upon the above stated income of 0.27¢ because that is all I have. Any income that I may get goes to past filling fees 100%.

I declare under penalty of perjury the foregoing is true and correct.

Dated: 9/11/14

                                                        Michael B. Kingsley